JOHN G. WATKINS, ESQUIRE
Nevada Bar No. 1574
804 S. Sixth Street
Las Vegas, Nevada 89101
(702) 383-1006

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　Petitioner/Appellee, )<br>**vs.** )<br> )<br> )<br>**FRENCH, LORA,** )<br>　　　　Defendant/Appellant. )<br>_____ ) | CASE NO: 2:10-cv-01072-RLH-LRL |

### MOTION TO EXTEND TIME
### TO FILE OPENING BRIEF

COMES NOW, JOHN G. WATKINS, ESQUIRE, Counsel for the Defendant, Lora French who motions this Court to extend the July 19, 2010 Opening Brief due date to September 10, 2010. The Defendant was recently sentenced on June 30, 2010 and her appeal filed the same day. The briefing schedule was received pursuant to the Court's e mail dated July 1, 2010. The transcripts will take approximately forty (40) days to be received then approximately thirty (30) days is needed for the brief's preparation.

DATED this 1st day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John G. Watkins, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John G. Watkins, Esquire

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 6, 2010**

**CERTIFICATE OF SERVICE**

I, John G. Watkins do hereby certify that on July 1, 2010 a copy of the attached **MOTION TO EXTEND TIME TO FILE OPENING BRIEF** was sent by electronic mail to the person hereinafter named:

Addressee:  NADIA J. AHMED, Special Assistant United States Attorney

/s/ John G. Watkins, Esquire
_____
JOHN G. WATKINS, ESQUIRE